UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAW, on behalf of himself and the Class Members<br><br>Plaintiff,<br><br>v.<br><br>ELITE LINE SERVICES, INC.;<br>DAIFUKU AMERICA CORPORATION;<br>DAIFUKU NORTH AMERICA<br>HOLDING COMPANY,<br><br>Defendants. | Case No. 1:21-cv-01084-DAD-BAK(HBK)<br><br>ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER<br><br>(Doc. No. 27) |

This matter comes before the Court upon the parties' joint stipulated motion to amend the scheduling order filed August 10, 2021. (Doc. No. 27). The parties request to extend the discovery and motions deadlines set in the Court's Scheduling Order issued on January 21, 2022 to permit the parties to mediate this action on September 6, 2022. (*Id*.). The Court will grant the parties' request to adjust the discovery and pleadings deadlines and enters this Amended Scheduling Order to reflect these extended dates.

///

////

1. **Deadlines and Dates**

| Action or Event | New Deadline |
|---|---|
| Deadline for completing Non-Expert (Class Issues) and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37. | 11/06/2023 |
| Mid-Discovery Status Conference | 02/13/2023 |
| Class Certification Motion Filing Deadline | 07/24/2023 |
| Opposition to Class Certification Motion Deadline | 08/21/2023 |
| Reply Brief Deadline | 09/04/2023 |
| Class Certification Hearing at 10:00 AM | 11/07/2023[1] |

The parties remain bound to follow all procedures previously set forth in the Court's January 21, 2022 Scheduling Order (Doc. No. 23).

Dated:   August 11, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline is subject to the district court's availability. Due to the likely reassignment of this case to the Honorable Ana de Alba, the parties may need to contact chambers to confirm the date and time.