Carolyn H. Cottrell (SBN 158253)
Esther L. Bylsma (SBN 264208)
Philippe M. Gaudard (SBN 331744)
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
ebylsma@schneiderwallace.com
pgaudard@schneiderwallace.com

Attorneys for Plaintiff and the Putative Class

(Attorneys Cont'd)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHAW, on behalf of himself and the Class members,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE LINE SERVICES, INC.; DAIFUKU AMERICA CORPORATION; DAIFUKU NORTH AMERICA HOLDING COMPANY<br><br>Defendants. | Case No. **1:21−CV−01084−KES−CDB**<br><br>*Assigned for all purposes to Hon. Ana de Alba*<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Complaint filed: July 12, 2021 |

-1-

SMRH:4934-5556-9011.1

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
JASON W. KEARNAGHAN, Cal. Bar No. 207707
jkearnaghan@sheppardmullin.com
RACHEL P. HOWARD, Cal. Bar No. 273968
rhoward@sheppardmullin.com
RAYMOND NHAN, Cal. Bar No. 306696
rnhan@sheppardmullin.com

350 S. Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorneys for Defendant
DAIFUKU SERVICES AMERICA CORPORATION

Plaintiff Michael Shaw ("Plaintiff") and Defendant Daifuku Services America Corporation f/k/a Elite Line Services, Inc. (collectively "Defendant," and together with Plaintiff, the "Parties") hereby notify the Court that they reached a settlement in principle and request to vacate all pending hearings and deadlines in this action.

Respectfully submitted,

Dated: October 15, 2025

SCHNEIDER WALLACE COTTRELL KIM LLP

/s/ Philippe M. Gaudard
_____
Carolyn H. Cottrell
Esther L. Bylsma
Philippe M. Gaudard

Attorneys for Plaintiff and the Putative Class

Dated: October 15, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/ Raymond Nhan (e-signed as approved by counsel on 10/15/2025)*
_____
Richard J. Simmons
Jason W. Kearnaghan
Rachel P. Howard
Raymond Nhan

Attorneys for Defendant
DAIFUKU SERVICES AMERICA CORPORATION

-1-

SMRH:4934-5556-9011.1

## PROOF OF SERVICE

I, Melisa Flores, declare the following:

I am over the age of eighteen years and not a party to the within entitled action. I am employed at Schneider Wallace Cottrell Kim LLP located at 2000 Powell Street, Suite 1400, Emeryville, California 94608.

On October 20, 2025, I served the following document(s) described as:

- **JOINT NOTICE OF SETTLEMENT**

on the following interested party(s):

Jason W. Kearnaghan, Esq.
Rachel P. Howard, Esq.
Raymond Nhan, Esq.
Michaela R. Goldstein, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1091 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
jkearnaghan@sheppardmullin.com
rhoward@sheppardmullin.com
mgoldstein@sheppardmullin.com
RNhan@sheppardmullin.com
GSchemerhorn@sheppardmullin.com
MBautista@sheppardmullin.com

***Attorneys for Defendants Elite Line Services, Inc. and Daifuku North America Holding Company***

**[✓]  BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through SWCKW's electronic mail system to the email address(es) set forth above from my email at: mflores@schneiderwallace.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 20, 2025, at Apple Valley, California.

 */s/ Melisa Flores*
Melisa Flores